MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile:  (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiff
Kathryn Von Kopp

JEFFREY D. WOHL (Cal. State Bar No. 096838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PETER A. COOPER (Cal. State Bar No. 275300)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhastings.com
petercooper@paulhastings.com
jullielal@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN VON KOPP, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants | No. 2:14-CV-01965 JAM-EFB<br>Related to Nos.<br>2:13-CV-02439 JAM-EFB;<br>2:14-CV-01946 JAM-EFB;<br>2:14-CV-01957 JAM-EFB;<br>2:14-CV-01960 JAM-EFB;<br>2:14-CV-01961 JAM-EFB;<br>2:14-CV-01963 JAM-EFB.<br>**STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION**<br>Judge:         Hon. John A. Mendez |

Plaintiff Kathryn Von Kopp and defendant Rite Aid Corporation ("Rite Aid"), acting through their respective counsel of record, hereby stipulate as follows:

1. On October 22, 2014, Rite Aid moved to stay this action pending the proceedings in *Romero v. Rite Aid Corp.*, U.S.D.C., C.D. Cal., No. CV 13-7720-MWF (JEMx) ("*Romero*"), a putative class action in which the plaintiff alleges that Rite Aid has misclassified salaried Store Managers in California as exempt from the overtime pay and related requirements of California law. Rite Aid moved to stay this action on the grounds, *inter alia*, that Rite Aid would suffer prejudice as a result of litigating *Romero*—a large putative class action that threatens to bring in the claims of every exempt Store Manager in California—while simultaneously litigating the merits of plaintiff's individual claims here, particularly in light of the fact that plaintiff is a putative class member in *Romero* and that the plaintiff in *Romero* is represented by the same counsel who represent plaintiff here.

2. The hearing on Rite Aid's motion to stay currently is set for November 19, 2014. Based on this hearing date, the deadline for plaintiff's opposition to Rite Aid's motion is November 5, 2014; Rite Aid's reply in support of its motion must be filed by November 12, 2014.

3. Since Rite Aid filed its motion to stay, the parties have engaged in discussions regarding potential mediation of plaintiff's claims and have agreed to mediate the claims on January 13, 2015.

4. Accordingly, the parties respectfully request that the Court: (1) vacate the November 19, 2014, hearing on Rite Aid's motion to stay; (2) stay all proceedings in this action until January 27, 2015; and (3) order the parties to file a status report within 21 days after the expiration of the stay.

5. By entering into this stipulation, the parties waive no position that they have taken or could have taken with respect to the appropriateness of a further stay of this action.

Dated: November 5, 2014.   MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI GLUGOSKI LLP


By: /s/ Michael Righetti
Michael Righetti
Attorneys for Plaintiff Kathryn Von Kopp

Dated: November 5, 2014.                JEFFREY D. WOHL
                                        RISHI N. SHARMA
                                        PETER A. COOPER
                                        PAUL HASTINGS LLP

                                        By:  /s/ Peter A. Cooper
                                                  Peter A. Cooper
                                        Attorneys for Defendant Rite Aid Corporation

-2-

| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
|   | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
|   | RIGHETTI GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
|   | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
|   | Facsimile:  (415) 397-9005 |
| 5 | matt@righettilaw.com |
|   | john@righettilaw.com |
| 6 | mike@righettilaw.com |
| 7 | Attorneys for Plaintiff |
|   | Kathryn Von Kopp |
| 8 | |
|   | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
| 9 | RISHI N. SHARMA (Cal. State Bar No. 239034) |
|   | PETER A. COOPER (Cal. State Bar No. 275300) |
| 10 | PAUL HASTINGS LLP |
|    | 55 Second Street, 24th Floor |
| 11 | San Francisco, California 94105-3441 |
|    | Telephone: (415) 856-7000 |
| 12 | Facsimile:  (415) 856-7100 |
|    | jeffwohl@paulhastings.com |
| 13 | rishisharma@paulhastings.com |
|    | petercooper@paulhastings.com |
| 14 | jullielal@paulhastings.com |
| 15 | Attorneys for Defendant |
|    | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN VON KOPP, an individual | No. 2:14-CV-01965 JAM-EFB |
|   | Related to Nos. |
| Plaintiff, | 2:13-CV-02439 JAM-EFB; |
|   | 2:14-CV-01946 JAM-EFB; |
| vs. | 2:14-CV-01957 JAM-EFB; |
|   | 2:14-CV-01960 JAM-EFB; |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | 2:14-CV-01961 JAM-EFB; |
|   | 2:14-CV-01963 JAM-EFB. |
| Defendants | **ORDER GRANTING STAY OF ALL PROCEEDINGS** |
|   | Judge:           Hon. John A. Mendez |

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the November 19, 2014, hearing on the motion to stay this action filed by defendant Rite Aid Corporation is VACATED.

IT IS FURTHER ORDERED that all proceedings in this action be and hereby are STAYED until January 27, 2015.

IT IS FURTHER ORDERED that the parties shall file an updated joint status report within 21 days after expiration of the stay imposed by this Order.

Dated: November 5, 2014

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge