1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone:    (415) 983-0900
   Facsimile:    (415) 397-9005
5  matt@righettilaw.com
   john@righettilaw.com
6  mike@righettilaw.com

7  Attorneys for Plaintiff
   Kathryn Von Kopp
8
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  RISHI N. SHARMA (Cal. State Bar No. 239034)
   PETER A. COOPER (Cal. State Bar No. 275300)
10 PAUL HASTINGS LLP
   55 Second Street, 24th Floor
11 San Francisco, California 94105-3441
   Telephone:    (415) 856-7000
12 Facsimile:    (415) 856-7100
   jeffwohl@paulhastings.com
13 rishisharma@paulhastings.com
   petercooper@paulhastings.com
14
   Attorneys for Defendant
15 Rite Aid Corporation

16

17                   UNITED STATES DISTRICT COURT

18                   EASTERN DISTRICT OF CALIFORNIA

19

20 KATHRYN VON KOPP, an individual        No. 2:14-CV-01965 JAM-EFB

21                                        *Related to Nos.*
                    Plaintiff,            2:13-CV-02439 JAM-EFB;
22                                        2:14-CV-01946 JAM-EFB;
                                          2:14-CV-01957 JAM-EFB;
23        vs.                             2:14-CV-01960 JAM-EFB;
                                          2:14-CV-01961 JAM-EFB;
24 RITE AID CORPORATION, and DOES 1       2:14-CV-01963 JAM-EFB;
   through 50, inclusive,                 2:15-CV-00429 JAM-EFB.
25
                    Defendants            **AMENDED STIPULATION TO CONTINUE**
26                                        **MOTION TO STAY HEARING AND**
                                          **BRIEFING DEADLINES**
27
                                          Judge:        Hon. John A. Mendez
28

Plaintiff Kathryn Von Kopp and defendant Rite Aid Corporation ("Rite Aid"), acting through their respective counsel of record, hereby stipulate as follows:

1. On March 4, 2015, Rite Aid moved to stay this action pending *Romero v. Rite Aid Corp.*, U.S.D.C., C.D. Cal., No. CV 13-7720-MWF (JEMx) ("*Romero*"), a putative class action in which the plaintiff alleges that Rite Aid misclassified salaried Store Managers as exempt from the overtime pay and related requirements of California law. Rite Aid contends that, because the plaintiff and the putative class in *Romero* are represented by the same counsel who represent plaintiff in this action and plaintiff is a putative class member in *Romero*, the Court here should stay these proceedings as an effective case management tool under its inherent discretionary authority. *See Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936). (*See* ECF 16.)

2. The parties are discussing the scope of the putative class claims in *Romero*, which may impact Rite Aid's motion to stay in this action. As such, the parties wish to avoid the cost and expense of litigating the motion to stay pending developments in *Romero*.

3. Accordingly, the parties respectfully request that the Court: (1) continue the hearing on Rite Aid's motion to stay this action and the six related actions from April 8, 2015, to April 22, 2015, or to the first date available for the Court; and (2) reset the deadlines for plaintiff's opposition to and Rite Aid's reply in support of the motion to stay to 14 and seven days, respectively, before the continued hearing on Rite Aid's motion to stay.

4. By entering into this stipulation, the parties waive no position that they have taken or could have taken with respect to Rite Aid's motion to stay.

Dated:  March 27, 2015.        RIGHETTI GLUGOSKI LLP

                               By:  /s/ Michael Righetti
                                        Michael Righetti
                               Attorneys for Plaintiff Kathryn Von Kopp

Dated:  March 27, 2015.        PAUL HASTINGS LLP

                               By:  /s/ Peter A. Cooper
                                        Peter A. Cooper
                               Attorneys for Defendant Rite Aid Corporation

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiff
Kathryn Von Kopp

JEFFREY D. WOHL (Cal. State Bar No. 096838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PETER A. COOPER (Cal. State Bar No. 275300)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhastings.com
petercooper@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN VON KOPP, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants | No. 2:14-CV-01965 JAM-EFB<br><br>*Related to Nos.*<br>2:13-CV-02439 JAM-EFB;<br>2:14-CV-01946 JAM-EFB;<br>2:14-CV-01957 JAM-EFB;<br>2:14-CV-01960 JAM-EFB;<br>2:14-CV-01961 JAM-EFB;<br>2:14-CV-01963 JAM-EFB;<br>2:15-CV-00429 JAM-EFB.<br><br>**ORDER CONTINUING MOTION TO STAY HEARING AND BRIEFING DEADLINES**<br><br>Judge:       Hon. John A. Mendez |

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the April 8, 2015, hearing on the motion to stay this action pending *Romero v. Rite Aid Corp.*, U.S.D.C., C.D. Cal., No. CV 13-7720-MWF (JEMx), is continued from April 8, 2015, to April 22, 2015.

IT IS FURTHER ORDERED that the deadlines for the opposition to and reply in support of the motion to stay are reset to 14 and seven days, respectively, before the continued hearing date.

Dated: March 30, 2015

      /s/ John A. Mendez_____
      John A. Mendez
      United States District Court Judge