1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MARLA K. LETELLIER, CSBN 234969
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone: (415) 977-8928
6      Facsimile: (415) 744-0134
       E-Mail: Marla.Letellier@ssa.gov
7
   Attorneys for Defendant
8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10
                        SACRAMENTO DIVISION
11

12  ERICA ANN DELETTE,                )  CIVIL NO. 2:14-cv-02024-CMK
                                       )
13        Plaintiff,                   )
                                       )  STIPULATION AND ~~PROPOSED~~
14        vs.                          )  ORDER FOR SECOND EXTENSION
                                       )  OF TIME FOR DEFENDANT TO FILE
15                                     )  HER OPPOSITION TO PLAINTIFF'S
   CAROLYN W. COLVIN,                  )  OPENING BRIEF
16  Acting Commissioner of             )
    Social Security,                   )
17                                     )
                                       )
18        Defendant.                   )

19

20      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the

21  approval of the Court, that Defendant shall have a 7 day extension, from May 20, 2015 to May 27, 2015,

22  in which to file her Opposition to Plaintiff's Opening Brief.

23      This is Defendant's second request for an extension. Counsel regretfully makes this request

24  because she is unexpectedly out of the office in order to care for a sick child.

Stip for EOT, 2:14-cv-02024-CMK                1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: May 20, 2015                By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

BLACK, CHAPMAN, WEBBER & STEVENS

Dated: May 20, 2015                By: */s/ Frederich Lundblade*
FREDERICK H. LUNDBLADE
Attorney for Plaintiff
(as approved by email on May 20, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 21, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:14-cv-02024-CMK                2