UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, | Case No. 2:13-CV-02439 JAM-EFB |
| Plaintiff, | **RELATED CASE ORDER** |
| v. | Related to Nos.: |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | 2:14-CV-01946 JAM-EFB<br>2:14-CV—01957 JAM-EFB<br>2:14-CV-01960 JAM-EFB<br>2:14-CV-01961 JAM-EFB<br>2:14-CV-01963 JAM-EFB<br>2:14-CV—01965 JAM-EFB |
| Defendants. | 2:15-CV-00429 JAM-EFB<br>2:15-CV-00622 JAM-EFB<br>2:15-CV-00623 JAM-EFB |
| JAMES KILGORE, LINDA WILLIS, AKINDALE CARTER, and BERNADETTE CARTER, | |
| Plaintiffs, | Case No. 2:15-CV-02150 MCE-DAD |
| v. | |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial

1

savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the action denominated 2:15-CV-02150 MCE-DAD be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case _only_ are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:15-CV-02150 JAM-EFB.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated:   October 20, 2015

                                          /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
                                          United States District Court Judge