UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BAUSER, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:14-CV-01946 JAM-EFB<br><br>**RELATED CASE ORDER**<br>Related to Nos.:<br>2:13-CV-02439 JAM-EFB<br>2:14-CV-01946 JAM-EFB<br>2:14-CV–01957 JAM-EFB<br>2:14-CV-01960 JAM-EFB<br>2:14-CV-01961 JAM-EFB<br>2:14-CV-01963 JAM-EFB<br>2:14-CV–01965 JAM-EFB<br>2:15-CV-00429 JAM-EFB<br>2:15-CV-00622 JAM-EFB<br>2:15-CV-00623 JAM-EFB<br>2:15-CV-02150 JAM-EFB<br>1:15-CV-01721 JAM-EFB<br>1:15-CV-01748 JAM-EFB |
| MIKE CAMPBELL, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:15-CV-02396 JAM-CMK |
| BRYCE WILLIAMS, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 1:15-CV-01874 JAM-SAB |

1  Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the Magistrate Judge assignment in the actions denominated 2:15-CV-02396 JAM-CMK and 1:15-CV-01874 JAM-SAB be reassigned to Magistrate Judge Edmund F. Brennan for all further proceedings.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:15-CV-02396 JAM-EFB and 1:15-CV-01874 JAM-EFB.

IT IS SO ORDERED.

Dated:  January 19, 2016

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

2