1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiff
6  Kathryn Von Kopp

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
8  PAUL HASTINGS LLP
   101 California Street, 48th Floor
9  San Francisco, California 94111
   Telephone: (415) 856-7000
10 Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
11 justinscott@paullhastings.com

12 Attorneys for Defendant
   Rite Aid Corporation
13

14                   UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA

16

| 17 | KATHRYN VON KOPP, an individual, | No. 2:14-CV-01965-JAM-EFB |
|---|---|---|
| 18 | Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| 19 | vs. | Judge: Hon. John A. Mendez |
| 20 | | |
| 21 | RITE AID CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: September 5, 2013<br>Trial Date: October 23, 2017 |
| 22 | Defendants. | |

Plaintiff Kathryn Von Kopp and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: August 10, 2017.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ Michael Righetti
Michael Righetti
Attorneys for Plaintiff
Kathryn Von Kopp

Dated: August 10, 2017.

JEFFREY D. WOHL
JUSTIN M. SCOTT
PAUL HASTINGS LLP

By: /s/ Justin M. Scott
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiff
6  Kathryn Von Kopp

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
8  PAUL HASTINGS LLP
   101 California Street, 48th Floor
9  San Francisco, California 94111
   Telephone:   (415) 856-7000
10 Facsimile:   (415) 856-7100
   jeffwohl@paulhastings.com
11 justinscott@paulhastings.com

12 Attorneys for Defendant
   Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN VON KOPP, an individual, | No. 2:14-CV-01965-JAM-EFB |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | Judge: Hon. John A. Mendez |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: September 5, 2013<br>Trial Date: October 23, 2017 |
| Defendants. | |

1     Pursuant to the stipulation of the parties, and good cause appearing therefor,

2     IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side

3 to bear its own costs and attorneys' fees.

4     Dated: 8/14/2017                          /s/ John A. Mendez_____

                                                                             Hon. John A. Mendez

5                                                                              United States District Court Judge